**United States District Court**
For the Northern District of California

1    **\*E-Filed 04/09/2010\***

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12   SECURITIES AND EXCHANGE                No. C 09-6094 RS
     COMISSION,

13                                          **ORDER OF RECUSAL**

14              Plaintiff,

          v.

15

16   UTSTARCOM, INC.,

17              Defendant.

18   _____/

19        I hereby recuse myself from hearing or determining any matters which have been referred to

20   me as District Judge in the above-entitled action.  The Clerk of Court shall reassign the referred

21
     matters in this case to another District Judge.
22

23

24   IT IS SO ORDERED.

25

26   Dated: 04/09/2010

27                                          _____
                                            RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE
28